```
1    Brian Brazier, Esq. (SBN: 245004)
     Price Law Group, APC
2    8245 N. 85th Way
     Scottsdale, AZ 85258
3    Tel: 818-907-2030
     brian@pricelawgroup.com
4    *Attorney for Plaintiff,*
     *Irene Morales*
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MORALES,<br><br>         Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>         Defendant. | Case No.: 2:18-cv-01977-PSG-KS<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Irene Morales, and Defendant, Capital One Bank (USA), N.A. ("Capital One"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Voluntary Dismissal within the next forty (40) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

NOTICE OF SETTLEMENT
- 1 -

1

2                                                            RESPECTFULLY SUBMITTED,

3     Dated: April 4, 2018                          By:*/s/ Brian Brazier*
                                                    Brian Brazier, Esq. (SBN: 245004)
4                                                   Price Law Group, APC
                                                    8245 N. 85th Way
5                                                   Scottsdale, AZ 85258
                                                    Tel: 818-907-2030
6                                                   brian@pricelawgroup.com
                                                    *Attorney for Plaintiff,*
7                                                   *Irene Morales*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25