E-FILED-5/17/18

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IRENE MORALES,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Case No.: 2:18-cv-01977-PSG-KS

[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

    The court has considered the Notice of Voluntary Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A.

    The court finds that the Voluntary Dismissal should be GRANTED. Capital One Bank (USA), N.A. is hereby DISMISSED, with prejudice, from this action. Each party to bear their own costs and attorneys' fees.

Dated: 5/17/18

                        **PHILIP S. GUTIERREZ**
                        HONORABLE PHILIP S. GUTIERREZ
                        UNITED STATES DISTRICT JUDGE

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
- 1 -